NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JACQUELINE K. RIBES,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-1320
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Michael Robert Ufferman of Michael
Ufferman Law Firm, P.A., Tallahassee, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.